UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 07-3127 RGK (RZx)                              Date: May 9, 2008

Title: <u>CHAD HOWELL v. CITY OF LONG BEACH, ET AL.</u>

PRESENT:    **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

    <u>Ysela Benavides</u>                      <u>Not Present</u>
    Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

**ORDER REGARDING SETTLEMENT CONFERENCE**

The Court conducted a settlement conference in this case on May 8, 2008.  Appropriate representatives of all parties were present. No settlement was achieved.

cc:  Parties

                                                1          10
                                            _____ : _____

MINUTES FORM 11                                    Initials of Preparer_____
CIVIL-GEN