1  PATRICK S. SMITH (SBN 120220)
   BELTRAN BELTRAN SMITH OPPEL & MACKENZIE, L.L.P.
2  2501 W. Burbank Blvd., Ste. 200
   Burbank, California 91505
3  Tel: (818) 567-1776
   Fax: (818) 955-9877
4
   Attorneys for Plaintiff
5  CHAD HOWELL

6

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD HOWELL,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF LONG BEACH, a political subdivision of the State of California; OFFICER DANIEL BARKWILL, OFFICER JONATHAN STEINHAUSER, OFFICER JAMES DICKEY, LT. DAVID HENDRICKS and DOES I through X, inclusive,<br><br>    Defendants. | Case No. CV 07-3127 RGK (RZx)<br><br>STIPULATION TO DISMISS ACTION<br>[Fed.R.Civ.P., Rule 41(a)(1)(A)(i)] |

18      TO THE COURT:
19  ///
20  ///
21  ///

Pursuant to the stipulation of all the parties who have appeared in this action, the action has been settled and the parties agree to a voluntary dismissal of the action with prejudice pursuant to Fed.R.Civ.P., Rule 41. The parties also stipulate and agree that the court will retain jurisdiction to enforce the terms of the settlement for 90 days.

IT IS SO STIPULATED:

DATED: 6/10/08

BELTRAN, BELTRAN, SMITH, OPPEL & MACKENZIE LLP

By _____
PATRICK S. SMITH, ESQ.
Attorney for Plaintiff

DATED: 6/10/08

CITY ATTORNEY, LONG BEACH
ROBERT SHANNON

By _____
MONTE H. MACHIT, ESQ.
Attorney for Defendants, the City of Long Beach, Officer Daniel Barkwill, Officer Jonathan Steinhauser, and Lt. David Hendricks

*Stipulation to Dismiss Action*
*Page 2*